M. Scott Broadwell
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
Phone: (907) 257-5300
scottbroadwell@dwt.com

Attorneys for Genworth Life and
Annuity Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ANNA NOWAK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENWORTH LIFE AND ANNUITY ) <br> INSURANCE COMPANY and ) <br> ALSKAUSA FEDERAL CREDIT ) <br> UNION, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:17-cv-_____ <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION** |

TO: Clerk, United States District Court for the District of Alaska

AND TO: Plaintiff Anna Nowak, through her lawyers of record, Joe P. Josephson and Josephson Law Offices, LLC; Defendant Alaska USA Federal Credit Union, through its lawyers of record, Kevin Cuddy and Sarah Langberg, Stoel Rives LLP.

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Genworth Life and Annuity Insurance Company ("GLAIC") hereby removes this case to the United States District Court for

NOTICE OF REMOVAL OF CIVIL ACTION Page 1 of 5
*Nowak v. Genworth Life and Annuity Insurance Company et al.,* Case No. 3:17-cv-
4846-6694-7909v.3 0081972-000015

Case 3:17-cv-00086-HRH   Document 1   Filed 04/14/17   Page 1 of 5

the District of Alaska on the grounds set forth below:

1. On or about February 10, 2017, Plaintiff Anna Nowak ("Nowak") filed an action against GLAIC in the Superior Court for the State of Alaska Third Judicial District at Anchorage, titled *Anna Nowak v. Genworth Life and Annuity Insurance Company et al.*, (Case No. 3AN-17-04766CI) (the "State Action").

## TIMELY REMOVAL

2. GLAIC first received the initial pleadings setting forth the claims for relief on which the State Action is based on March 15, 2017.

3. This Notice of Removal of Civil Action is filed within thirty (30) days after receipt by GLAIC of copies of the Summons and Complaint in the State Action on March 15, 2017, and is timely under 28 U.S.C. § 1446(b).

## DIVERSITY JURISDICTION

4. This Court has original jurisdiction over the claims set forth in the Complaint pursuant to 28 U.S.C. § 1332(a), on the basis of diversity jurisdiction. Diversity Jurisdiction exists where the matter in controversy is between citizens of different states and exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332.

5. On information and belief, Nowak is a citizen of Alaska. Compl. ¶¶ 1 & 2.

6. Alaska USA Federal Credit Union ("Alaska USA") is a federally chartered credit union. Compl. ¶ 5. Alaska USA has branches throughout Alaska, Arizona, Washington and California and serves members living in all 50 states and around the world.[1]

---

[1] *See* About Alaska USA, https://www.alaskausa.org/about/.

NOTICE OF REMOVAL OF CIVIL ACTION Page 2 of 5
*Nowak v. Genworth Life and Annuity Insurance Company et al.,* Case No. 3:17-cv-
4846-6694-7909v.3 0081972-000015

Case 3:17-cv-00086-HRH  Document 1  Filed 04/14/17  Page 2 of 5

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

7. GLAIC is incorporated in the state of Virginia, with its principal place of business in Virginia. It is a citizen of Virginia, and therefore is not a citizen of the same state as Nowak.

8. 28 U.S.C. § 1441(b)(2) provides that "A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined as defendants is a citizen of the State in which such action is brought." Federally Chartered Credit Unions are not considered citizens for diversity purposes of any state unless sufficiently localized. *Parker Drilling Co. v. Metlakatla Indian Community*, 451 F.Supp. 1127, 1137-38 (D. Alaska 1968). With branches in multiple states and members across all 50 states, Alaska USA is not sufficiently localized to be considered a citizen of Alaska and as such is not "a citizen of the State in which [this] action is brought." Where properly removed as an action over which this Court has jurisdiction between citizens of different states—GLAIC and Nowak in this instance—this Court may also exercise jurisdiction over Alaska USA as a federally chartered credit union without citizenship under 28 U.S.C. 1441(b)(2).

9. The amount in controversy exceeds $75,000. Nowak prays in the Complaint for damages "greater than $250,000." Compl. ¶¶18, 26, 29.

10. Accordingly, the Complaint satisfies the diversity and amount in controversy requirements of 28 U.S.C. §§ 1332(a) & 1441(b)(2). The State Action is, therefore, a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

## **VENUE**

11. Venue is proper in this district pursuant to 28 U.S.C. § 1391 and District of Alaska Local Rule 3.3(b).

NOTICE OF REMOVAL OF CIVIL ACTION Page 3 of 5
*Nowak v. Genworth Life and Annuity Insurance Company et al.,* Case No. 3:17-cv-
4846-6694-7909v.3 0081972-000015

Case 3:17-cv-00086-HRH   Document 1   Filed 04/14/17   Page 3 of 5

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

## CONSENT TO REMOVAL

12. Pursuant to 28 U.S.C. § 1446(b)(2)(A), "[w]hen a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action." The undersigned certifies that he has conferred with counsel for Alaska USA and that Alaska USA does not object to the removal of the action.

## NOTICE

13. Attached as **Exhibit A** is a copy of the notice to the state court of the removal which will be filed promptly in the Superior Court for the State of Alaska Third Judicial District at Anchorage.

14. Copies of all process, pleadings, and orders received by GLAIC are attached as Exhibits B through H according to 28 U.S.C. § 1446(a):

| Exhibit ID | Document Name | Date Filed |
| --- | --- | --- |
| **Exhibit B** | Complaint | Feb. 10, 2017 |
| **Exhibit C** | Summons and Notice | Feb. 10, 2017 |
| **Exhibit D** | Demand for Jury Trial | Feb. 10, 2017 |
| **Exhibit E** | Defendant Alaska USA's Motion for Extension of Time | March 29, 2017 |
| **Exhibit F** | Order Granting Alaska USA's Motion for Extension | March 31, 2017 |
| **Exhibit G** | Defendant GLAIC's Entry of Appearance | March 29, 2017 |
| **Exhibit H** | Defendant GLAIC's Motion for Extension of Time | April 3, 2017 |
| **Exhibit I** | Order Granting GLAIC's Motion for Extension | April 4, 2017 |

NOTICE OF REMOVAL OF CIVIL ACTION  Page 4 of 5
*Nowak v. Genworth Life and Annuity Insurance Company et al.,* Case No. 3:17-cv-
4846-6694-7909v.3 0081972-000015

Case 3:17-cv-00086-HRH   Document 1   Filed 04/14/17   Page 4 of 5

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

WHEREFORE, GLAIC has removed the State Action to this Court.

DATED this 14th day of April, 2017.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

/s/ M. Scott Broadwell
M. Scott Broadwell, ABA No. 0611069
Davis Wright Tremaine LLP
188 W. Northern Lights Blvd., Ste. 1100
Anchorage, AK 99503
PH: 907-257-5300
Fax: 907-257-5399
Email: scottbroadwell@dwt.com

Certificate of Service

On the 14th day of April, 2017, a true and correct copy of the foregoing document was sent by U.S. Mail, postage paid, to the following parties:

Joe P. Josephson
Josephson Law Offices, LLC
912 W. 6th Avenue,
Anchorage, Alaska 99501

Kevin Cuddy
Sarah Langberg
Stoel Rives LLP
510 L Street, Suite 500
Anchorage, Alaska 99501

/s/ M. Scott Broadwell

NOTICE OF REMOVAL OF CIVIL ACTION                                      Page 5 of 5
*Nowak v. Genworth Life and Annuity Insurance Company et al.*, Case No. 3:17-cv-
4846-6694-7909v.3 0081972-000015

Case 3:17-cv-00086-HRH   Document 1   Filed 04/14/17   Page 5 of 5