Joseph J. Josephson (Bar No. 6102018)
JOSEPHSON LAW OFFICES, LLC
912 W 6th Avenue
Anchorage, AK  99501
Telephone:  907.276-0151
Facsimile:  907.276-0155
joejlaw@gmail.com

Attorneys for Plaintiff Anna Nowak

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANNA NOWAK,<br><br>                                        Plaintiff,<br><br>v.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY and ALASKA USA FEDERAL CREDIT UNION,<br><br>                                        Defendants. | Case No.: 3:17-cv-00086-HRH<br><br>NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT ALASKA USA FEDERAL CREDIT UNION |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Anna Nowak, by and through her undersigned counsel, provides this Court with notice of its dismissal with prejudice of all of the claims Plaintiff has raised, or could have raised, against Defendant Alaska USA Federal Credit Union (Defendant Alaska USA) in the above-captioned action.  Plaintiff and Defendant Alaska USA will each bear their own costs and fees.

//

//

//

//

NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT ALASKA USA
*Nowak v. Genworth Life and Annuity Insurance Company, et al.*, 3:17-cv-00086-HRH
Page 1 of 2

Case 3:17-cv-00086-HRH   Document 4   Filed 04/18/17   Page 1 of 2

DATED: April 18, 2017

                              JOSEPHSON LAW OFFICES, LLC

                              By:/s/ Joseph P. Josephson
                                 JOSEPH P. JOSEPHSON

                              Attorneys for Plaintiff Anna Nowak

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska by using the CM/ECF system. Participants in this Case No. 3:17-cv-00086-HRH, who are registered CM/ECF users, will be served by the CM/ECF system.

                                      /s/ Joseph P. Josephson
                                      Joseph P. Josephson

92363904.1 0059945-00002

NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT ALASKA USA
*Nowak v. Genworth Life and Annuity Insurance Company, et al.*, 3:17-cv-00086-HRH
Page 2 of 2
Case 3:17-cv-00086-HRH   Document 4   Filed 04/18/17   Page 2 of 2