**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

ANNA NOWAK,
      Plaintiff,

                                Case Number 3:17-cv-00086-HRH

v.

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,
      Defendant.           **JUDGMENT IN A CIVIL CASE**


\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff's complaint is dismissed with prejudice.


APPROVED:

*H. Russel Holland*
H. RUSSEL HOLLAND
UNITED STATES DISTRICT JUDGE

Date: September 5, 2017                Lesley K. Allen
                                                          Clerk of Court

[Jmt1-with fees and costs - rev. 1-13-16]