Joe P. Josephson, Esq.,
Josephson Law Offices, LLC
912 W. 6th Ave., Anchorage, AK 99501
Tel. (907) 276-0151/Fax (907) 276-0155
Attorney for Plaintiff-Appellant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ANNA NOWAK, | ) | |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL TO THE U. S. |
| | ) | COURT OF APPEALS FOR THE NINTH |
| v. | ) | CIRCUIT |
| | ) | |
| GENWORTH INSURANCE | ) | |
| COMPANY, | ) | District Court File No. 3:17-cv-0086 -HRH |
| | ) | |

NOTICE is hereby given that ANNA NOWAK, plaintiff in this action, by and through her undersigned attorney, Joe P. Josephson (Alaska Bar number 6102018), of Josephson Law Offices, LLC, hereby gives NOTICE of her appeal from the final Order of dismissal entered herein by the Honorable H. Russel Holland, United States District Judge, on August 31, 2017. The said final Order was in favor of the defendant-appellee, GENWORTH INSURANCE COMPANY, and against the plaintiff-appellant, ANNA NOWAK. This appeal is taken to the United States Court of Appeals for the Ninth Circuit and is filed in accordance with the Federal Rules of Appellate Procedure and Circuit Rule 3-1.

DATED at Anchorage, Alaska, this 29th day of September, 2017.

Joe P. Josephson,
Attorney for Plaintiff-Appellant

Joe P. Josephson, Esq.,
Josephson Law Offices, LLC
912 W. 6th Ave., Anchorage, AK 99501
Tel. (907) 276-0151/Fax (907) 276-0155
Attorney for Plaintiff-Appellant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANNA NOWAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GENWORTH INSURANCE ) | |
| COMPANY, ) | District Court File No. 3:17-cv-0086 -HRH |
| ) | |

### REPRESENTATION STATEMENT

In accordance with Ninth Circuit Rule 3-2 and Rule 12(b), Federal Rules of Appellate Procedure, undersigned counsel for plaintiff-appellant, ANNA NOWAK, identifies the parties to the action, and the names, addresses and telephone numbers of their respective counsel, as follows:

1. The plaintiff (and appellant) is ANNA NOWAK.

2. The attorney for the plaintiff-appellant is the undersigned, Joe P. Josephson, Esq., of Josephson Law Offices, LLC, 912 West Sixth Avenue, Anchorage, Alaska 99501 (telephone number 907-276-0151).

3. The defendant (and appellee) is GENWORTH INSURANCE COMPANY.

4. The attorneys for the defendant-appellee are Kevin Cuddy, Esq., and Sarah Langberg, Esq., of Stoel Rives LLP, 510 L Street, Suite 500, Anchorage, Alaska 99501

(telephone number 907-263-8410).

DATED September 28, 2017, at Anchorage, Alaska.

_____
Joe P. Josephson, attorney for plaintiff-appellant

*Nowak v. Genworth Ins. Co.*, Representation Statement, p. 2, USDC No. 3:16-cv-0086 HRH

Joe P. Josephson, Esq.,
Josephson Law Offices, LLC
912 W. 6th Ave., Anchorage, AK 99501
Tel. (907) 276-0151/Fax (907) 276-0155
Attorney for Plaintiff-Appellant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANNA NOWAK, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GENWORTH INSURANCE | ) |
| COMPANY, | ) District Court File No. 3:17-cv-0086 -HRH |
| | ) |

### STATEMENT OF FILING FEE DEPOSIT

The undersigned, Joe P. Josephson, attorney for plaintiff, hereby submits herewith

the deposit of the required $505.00 filing fee required for the plaintiff's appeal to the

Court of Appeals for the Ninth Circuit.

DATED September 29, 2017.

Joe P. Josephson, Bar No. 6102018

Joe P. Josephson, Esq.,
Josephson Law Offices, LLC
912 W. 6th Ave., Anchorage, AK 99501
Tel. (907) 276-0151/Fax (907) 276-0155
Attorney for Plaintiff-Appellant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANNA NOWAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GENWORTH INSURANCE | ) |
| COMPANY, | ) District Court File No. 3:17-cv-00865-HRH |
| | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, attorney for plaintiff ANNA NOWAK, hereby certify that on the 29th day of September, 2017, I caused to be delivered to the Stoel Rives LLP law offices (ATTENTION: Kevin M. Cuddy, Esq.) at 510 L Street, Suite 500, a true and correct copy of the Notice of Appeal, a true and correct copy of the Representation Statement, and a true and correct copy of the Statement of Filing Fee Deposit, which documents were submitted to the Clerk of the above-captioned court on this 29th day of September, 2017.

Joe P. Josephson
Alaska Bar no. 6102018